# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Larson, | No. CV-20-08127-PCT-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Desert Sun Pizza LLC, et al., | |
| Defendants. | |

Pursuant to the Joint Stipulation of Dismissal (Doc. 15), and good cause appearing,

**IT IS ORDERED granting** the Joint Stipulation of Dismissal (Doc. 15) and dismissing this action, with prejudice, in its entirety, and with each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 23rd day of November, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge